IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GAMBRO HEALTHCARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-1088-CV-W-GAF |
| | ) | |
| COVENTRY HEALTH CARE OF KANSAS, INC. f/k/a MID AMERICA HEALTH CARE PLANS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Pursuant to the Court's July 28, 2005 Order (Doc. 84) granting the Plaintiff leave to file an amended complaint, the Plaintiff is HEREBY ORDERED to file the amended complaint within 10 days of the date of this Order.

**IT IS SO ORDERED**.

           /s/ Gary A. Fenner
           GARY A. FENNER, JUDGE
           United States District Court

DATED: August 17, 2005